No. 87–1086.  DAMASCUS v. BORGIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 87–1087.  CELOTEX CORP. v. CATRETT, ADMINISTRATRIX OF THE ESTATE OF CATRETT.  C. A. D. C. Cir.  Certiorari denied.

No. 87–1088.  CROWDER ET AL. v. SOUTHERN BAPTIST CONVENTION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–1089.  THREE MOVIES OF TARZANA v. PACIFIC THEATRES, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–1090.  GOEL ET AL. v. ENTRE COMPUTER CENTERS, INC.  C. A. 3d Cir.  Certiorari denied.

No. 87–1094.  NORTH v. WALSH ET AL.; and NORTH v. MEESE, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–1100.  MOZERT ET AL. v. HAWKINS COUNTY PUBLIC SCHOOLS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–1107.  POYSKY, DBA ALASKA TOWING CO., ET AL. v. PACIFIC MARINE INSURANCE CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–1108.  VERMEULEN ET AL. v. HARDY.  Sup. Ct. Ohio. Certiorari denied.

No. 87–1110.  YOUNG, ADMINISTRATOR OF THE ESTATE OF YOUNG, ET AL. v. ATLANTIC RICHFIELD CO.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 87–1113.  ROBERTS v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.